IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Mary Ann Dickerson, | : | |
| Debtor | : | CHAPTER 13 |
| Mary Ann Dickerson, | : | |
| Objectant | : | |
| | : | Case No. : 22-00465 |
| v. | : | |
| Internal Revenue Service, | : | Re. Proof of Claim # 15 |
| Respondent / Claimant | : | |

## AMENDED OBJECTION TO PROOF OF CLAIM

1. Claimant has filed the attached untimely Proof of Claim No. 15. A true and correct copy of the Proof of Claim is attached hereto as an Exhibit.

2. The Debtor tendered a payment of $2,000 to the Internal Revenue Service in June of 2022. See attached exhibit.

3. The amount of the proof of claim should be reduced by $2,000.00.

WHEREFORE, Debtor requests this Honorable Court reduce the amount of the proof of claim by $2,000.00.

/s/ Vicki Piontek          7/24/2022
_____          _____
Vicki Piontek, Esquire      Date
Attorney for Debtor
58 East Front Street
Danville, PA  17821
215-290-6444
vicki.piontek@gmail.com